United States District Court
Southern District of Ohio

_____

**Related Case Memorandum
Civil Cases**

TIME _____ FILED

AUG 2 3 2017

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

TO: Judge Sargus, Judge Smith, Magistrate Judge Deavers, Magistrate Judge Vascura

FROM: Jodi L. Keener _____ , Deputy Clerk

DATE: August 18, 2017

SUBJECT: Case Caption: City of Cincinnati v. Amerisourcebergen Drug Corporation, et al.

CASE: Case Number: 2:17-cv-00713

DISTRICT JUDGE: Judge Smith / Magistrate Judge Vascura

File Date: 8/15/2017

Memo Re: Related Civil Cases

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

| | |
|---|---|
| Case Caption: | Clermont County Board of County Commissioners v. Amerisourceburgen Drug Corporation, et al. |

| | | | |
|---|---|---|---|
| Case Number: | 2:17cv662 | District Judge: | Sargus |
| File Date: | 7/28/2017 | Magistrate Judge: | Deavers |

**Other related cases:**
2:17-cv-663 Belmont County Board of Commissioners v. Amerisourcebergen Drug Corp. (filed on 7/28/17) and related to 2:17-cv-662.
2:17-cv-664 Brown County Board of Commissioners v. Amerisourcebergen Drug Corp. (filed on 7/28/17) and related to 2:17-cv-662.
2:17-cv-665 Vinton County Board of Commissioners v. Amerisourcebergen Drug Corp. (filed on 7/28/17) and related to 2:17-cv-662.
2:17-cv-00680 Jackson County Board of County Commissioners v. Amerisourcebergen Drug Corporation, et al. (filed on 8/2/2017) and related to 2:17-cv-662.
2:17-cv-00682 Scioto County Board of County Commissioners v. Amerisourcebergen Drug Corp., et al. (filed on 8/3/2017) and related to 2:17-cv-662.
2:17-cv-00696 Pike County Board of County Commissioners v. Amerisourcebergen Drug Corp., et al. (filed 8/10/2017) and related to 2:17-cv-662.

Memo Re: Related Civil Cases

The District Judges having conferred, we respond to Case Administrator    __Jodi L. Keener__ as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   __Sorus__

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____


_____
United States District Judge

_____
United States District Judge

_____
United States District Judge


Cc: Courtroom Deputies

3